Pro Se 1 (Rev. 12/16) Complaint for a Civil Case                                                   Form 2

# UNITED STATES DISTRICT COURT
## for the
Western District of Oklahoma

Darryl L. Fitzhugh

DL Fitzhugh Corporation
_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

See attached
_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

**FILED**

SEP 25 2025

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Darryl L. Fitzhugh
Street Address: 14 NE 61st
City and County: Oklahoma City, Oklahoma
State and Zip Code: Oklahoma 73105
Telephone Number: 4055008086
E-mail Address: Darryl.Fitzhugh@outlook.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Oklahoma City police department
- Job or Title (if known):
- Street Address: 700 Colcord Drive
- City and County: Oklahoma City, Oklahoma
- State and Zip Code: Oklahoma 73102
- Telephone Number: 405 297 1000
- E-mail Address (if known): white collar crimes@okc.gov

Defendant No. 2
- Name: Oklahoma County Board of commission
- Job or Title (if known):
- Street Address: 320 Robert S Kerr Ave
- City and County: Oklahoma City, Oklahoma
- State and Zip Code: Oklahoma 73102
- Telephone Number: 405 270 0082
- E-mail Address (if known):

Defendant No. 3
- Name: Google Trust Services LLC
- Job or Title (if known):
- Street Address: 1600 amphitheatre parkway
- City and County: Mountain View, Santa Clara
- State and Zip Code: California 94043
- Telephone Number:
- E-mail Address (if known): www.google.com

Defendant No. 4
- Name: Meta Platforms INC
- Job or Title (if known):
- Street Address: 1 hacker way
- City and County: Menlo Park, San Mateo
- State and Zip Code: California 94025
- Telephone Number:
- E-mail Address (if known): www.facebook.com

defendants

Android Industries LLC
2155 Executive Hills drive
auburn Hills    oakland county
michigan         48326
248 732 0000
www.andriod-ind.com

2. Oklahoma City police department

    incorporated under Laws of Oklahoma
    principal state of Business Oklahoma

3. Oklahoma county Board of commissioners

    incorporated under Law of Oklahoma
    principal state of Business Oklahoma

4. Meta platforms inc

    incorporated under Lands of California
    principal state of Business California

5 android Industries LLC

    incorporated under Laws of Michigan
    principal state of Business Michigan

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, (name) __Darryl L Fitzhugh__, is a citizen of the State of (name) __Oklahoma__.

   b. If the plaintiff is a corporation

   The plaintiff, (name) __DL Fitzhugh corporation__, is incorporated under the laws of the State of (name) __Oklahoma__, and has its principal place of business in the State of (name) __Oklahoma__.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

    b.    If the defendant is a corporation

The defendant, (name) Google Trust Service LLC is incorporated under the laws of the State of (name) California, and has its principal place of business in the State of (name) California.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy $500,000,000.00

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake– is more than $75,000, not counting interest and costs of court, because *(explain)*:

The defendant's attacked my legal Business and stopped me from my Right to fair trade, and made me Lose a unknown amount of money I could have made.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Oklahoma city police single handly destroyed my business in the early 2000's, and are now using the other defendant's to attack my basic way of living and threatening my life.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I want the money for pain and suffering they have caused me with this vicous and on going assaults, and damages for the Business could have had if they hadn't destroyed my job in the early 2000's. and not be allowed use the software to do this type of assault on others.

# Complaint

14 NE 67st
okc, ok 73105
405 500 8080

The reason for the complaint against The Oklahoma County Board of commissioners is Because the Oklahoma County detention center attacked me with weaponized medication, and got me assaulted 3 times By people that were named in the first 2 civil complaints I filed when I thought it was individual hackers hacking my accounts and threating me. 6 of those people were in the "Receiving" cell when I first arrived at the detention Center. This means that the police went and made all those arrest so these people would be there when they brought me to the jail. I was put on deferent floors, in deferent cells with people named on the first two civil complaints (cas # civ. 25-326-R and civ-24-845). They gave me medication they knew gave me negative sides. When you use something that you know has negative effects to hurt something it is weaponizing. I was found "incompetent" in court after being on the medation

②

L. Fitzhugh
14 NE 6 1st
OKC, OK 73105
405 500 8086

The had Been giving me for two months. They infected my face with lactating pussing soars causing permanent damage and scars. My hand has pain Because it was Broken when I wass attacked on the Mental health Floor. I was totaly and Blatantly refused medical attention or treatment. They tampered with important calls I was making, and other types of attacks. Google may not have anything to do with what happened at the jail, But Google and the other defendantes help, and allow whoever to use their name, platforms, and softwares to Feloniouly make scenarios, and trick me into Believing that these are the people tampering with my accounts and threatning my life. NOO1 Travis woods said he was a under cover police and cock a Gun to my face, They charged me with assault with a dangous weapon, and they had me ready to Be attacked when I got to Jail. The man that I assaulted

(8)

Donald L. Fitzner
14 NE 67st
Okc, Ok 73105
4055008086

me in the receiving cells name was Chrisper, I know his last name and if you look on civil compaint, (case ciww4-545) you see it there. Im not going to name any individuals names on this complaint because it was the police that orchestraed this attack, i remember a couple of the names when i was put in cells with them, and these are people supposed to be toying to kill me. most of the evidence was lost or destroyed because I gave it to the white collar crime unit of the oklahoma city police department. I sent them all the threatening emails I was getting and two sim cards from phones I had when all this started. I opened 3 files with the white collar unit, 2 they cant seem to find, and the most recent with all the suspect idenittion codes. I believe the oklahoma city police was, and is trying to pervent a major law suite for intentionally destroying my legal and in good standing

Darryl Fitzhugh
14 NE 67st
OKC, OK 73105
405 B 068086

Gentlemans club I owned Before I went to prison the first time, they would storm my club and call it "warrant sweeps", They did This day after day until I had to close the club permantly. Club "secrets" 4007 NW 10st in OKC, was single handle destroyed By officer Keith deroy, officer santchez, detective swosson, sanchez and other Oklahoma city police officers. when I was released from prison for the last time I was not having any problems until I started Bringing my Business up to date, than my personal accounts, and death threats Begain. when I was in prison my ex-wife was deep into Drugs and Prostitution and they try to make me think some of those people was trying to kill me. I had to replace several debit card, had 2 change bank accounts a couple of time, and I can barely use the internet. I filed the first compaint (case# CIV-24-845) Because I was Thinking individual were using the

(1)

Barry L. Fitzhugh
14 NE 61st
Okc, OK 73105
4055008086

defendents platform and software to stage the attack. But I knew it was the police when my calls to 911 were Blocked, and I wasn't Arrested when I Brandished a knife at a Kesey's gas station to call the police. Since my release from prison in 2003 I have not engaged in any criminal activity or any type of trouble, so I don't know why they would mont this assualt and Torture. My life has Been Ruined and my life and saftey are constantly Jeopardized.

Google and the other defendents are directly Liable for my pain and suffering Because whoever is still attacking my well Being and Threatening my Life and still using the defendents platforms, name, and software. The xz'bets that I presented are privacy Reports that clearly say google as the primary attacker of my accounts; googletagmanger.com google-anlytics.com etc FaceBook

(5)

De'Ron Fitzhugh
14 NE 61st
OKC, OK 73105
4055008086

Still trys to hack my accounts even though I don't go to FaceBook. I removed Microsoft from the complaints Because it was the IPhone that showed me the hacker codes on my accounts. When I bought my IPhone on Nov 1, They showed the Hacker codes on my accounts and how they work, The same day I was set up and arrested. Android Industries is on this complaint Because all the manipulation with my devices is Because the software comes preinstalled on android products. Exhibit's that I presented are recent privacy Reports from my IPhone saying that Google and other Google sites are the primary attackers of my accounts. The Reports only go Back for as long as I've had my IPhone. All the earlier Evidence that I collected was eighter given to the court on the first complaints, and I gave some to the white collar crime unit of the oklahoma city police department.

A L. Fitzhugh
14 NE 67st
OKC, OK 73105
4055008286

I'm filing this complaint Because my first complaint was dismissed do to my lack of knowledge of the motions and legal talk, and they have not stopped attacking me. The new evidence and exhibit's clearly proves the defendent's are the ones stagging this attack. I'm in constint fear for my life and safty. My face and head is permantly scared Because the Detention center refused me treatments and The from my doctor Raymn John clearly states this, "If They would have Treated me it wouldn't have scars". The other exhibits shows The websites They are using, and The Trackers (hackers) That are tampering with my accounts. The reason for the amount of Damages is Because if They hadn't staged this attack, Theres a unknown amount of money DL Fitzhugh Corporation could have made.

⑦

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/25/25

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Darryl L. Fitzhugh

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____