# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DARRYL LESLIE FITZHUGH, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-25-1114-R |
| OKLAHOMA CITY POLICE DEPARTMENT, et al., | ) |
| Defendants. | ) |

## ORDER

Plaintiff, proceeding pro se, has submitted a "Motion to Postpone" [Doc. No. 6] which the Court construes as seeking an extension of time to file an objection to the Report and Recommendation [Doc. No. 5] filed on October 2, 2025. Upon consideration, the motion is GRANTED and the deadline to file an objection to the Report and Recommendation is extended to November 7, 2025. To the extent the motion seeks any further relief, it is denied. Plaintiff is further advised that failure to make a timely objection to the Report and Recommendation waives Plaintiff's right to appellate review of both factual and legal issues contained herein. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

IT IS SO ORDERED this 10th day of October, 2025.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE