# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

DARRYL L. FITZHUGH and DL FITZHUGH CORPORATION,

    Plaintiff(s),

v.   Case No. 25-cv-01114-JD

OKLAHOMA CITY POLICE DEPARTMENT, et al.,

    Defendant(s)

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

__Defendant__, __Android Industries, LLC__.
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Kaylee Davis-Maddy   2/26/2026
Signature   Date

Kaylee Davis-Maddy
Print Name

Doerner, Saunders, Daniel & Anderson, L.L.P.
Firm

210 Park Avenue, Suite 1200
Address

Oklahoma City   OK   73102
City   State   Zip Code

(405) 319-3500
Telephone

kmaddy@dsda.com
Internet E-mail Address

**Criminal Cases Only:**

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

REVISED 05/14/18

## Certificate of Service

[✓] I hereby certify that on February 26, 2026, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

[✓] I hereby certify that on February 26, 2026, I filed the attached document with the Clerk of the Court and served the attached document by mail, postage prepaid, on the following, who are not registered participants of the ECF System:

Darryl L. Fitzhugh
14 NE 67th Street
Oklahoma City, OK 73105

DL Fitzhugh Corporation
14 NE 67th Street
Oklahoma City, OK 73105

s/ Kaylee Davis-Maddy
s/ Attorney Name