IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

DARRYL L. FITZHUGH,
DL FITZHUGH CORPORATION,

    Plaintiffs,

vs.

OKLAHOMA CITY POLICE
DEPARTMENT, ET AL.

    Defendants.

Case No. 5:25-cv-01114-JD

## AFFIDAVIT

I, Jennifer Neumann, being of lawful age, and being duly sworn upon oath, state the following facts are true and correct to the best of my knowledge and belief.

1. I am the Chief Legal Officer of Android Industries, LLC ("Android").

2. Android is a Delaware limited liability company.

3. Android's principal place of business is in Auburn Hills, Michigan.

4. Android is an assembler of automotive modules and a manufacturing innovator of tooling and equipment for vehicle inspection.

5. Android does not supply or perform work for Google, T-Mobile, Meta Platforms, Inc, or any of the other named defendants in this action.

6. Android does not conduct business in Oklahoma.

7. Android is registered as a foreign limited liability company with the Michigan Secretary of State.

8. I am Android's registered agent.

**EXHIBIT 1**

9. Android has not authorized the Shipping & Receiving department, nor any employee within that department, to accept service of process.

FURTHER Affiant sayeth not.

I state under penalty of perjury under the laws of Michigan that the foregoing is true and correct.

_____         Date: __2/25/26__
Jennifer Neumann

Subscribed and sworn to me before this
__25th__ day of February, 2026.

_____         (seal)
Notary Public Signature

__October 12, 2031__
My Commission Expires

RICHARD C. BUSLEPP, NOTARY PUBLIC
State of Michigan, County of St. Clair
My Commission Expires ~~10/12/2018~~ 10/12/2031
Acting in the County of __Wayne__

8489551.1