IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DARRYL L. FITZHUGH, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. CIV-25-01114-JD |
| OKLAHOMA CITY POLICE DEPARTMENT, et al., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

On January 16, 2026, the Court ordered Plaintiffs to effect service on Defendants by February 17, 2026. [Doc. No. 28]. From review of the Court's docket, one Defendant, Android Industries, LLC, has appeared and filed a motion to dismiss. [Doc. No. 34]. Under Federal Rule of Civil Procedure 4 and Local Civil Rule 4.2, it is the responsibility of Plaintiffs to prove service, either by filing a return of service or waiver of service. *See* Fed. R. Civ. P. 4(c)(1); Fed. R. Civ. P. 4(d)(4); Fed. R. Civ. P. 4(l)(1); LCvR4.2. The Court therefore orders Plaintiffs, within 14 days of today, or by March 16, 2026, to prove timely service in accordance with Federal Rule of Civil Procedure 4, Local Civil Rule 4.2, and the Court's orders, as the Court previously ordered Plaintiffs to effectuate service by February 17, 2026. In the absence of such a filing, the Court will dismiss this action without prejudice against Defendants for whom there is no indication they have been served.

IT IS SO ORDERED this 2nd day of March 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE