# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DARRYL L. FITZHUGH, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. CIV-25-01114-JD |
| OKLAHOMA CITY POLICE DEPARTMENT, et al., | ) |
| Defendants. | ) |

## ORDER

On January 16, 2026, the Court ordered Plaintiff DL Fitzhugh Corporation to hire counsel and have counsel enter an appearance on its behalf by February 17, 2026. [Doc. No. 30]. The Court warned that failure to timely retain counsel will result in the dismissal of Plaintiff DL Fitzhugh Corporation from the action without prejudice and without further notice to Plaintiffs. *Id.* at 2. Plaintiff DL Fitzhugh Corporation did not timely comply with the Court's order. Consequently, the Court dismisses Plaintiff DL Fitzhugh Corporation from this action without prejudice.

IT IS SO ORDERED this 2nd day of March 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE