## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DARRYL L. FITZHUGH, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. CIV-25-01114-JD |
| OKLAHOMA CITY POLICE DEPARTMENT, et al., | ) ) ) ) |
| Defendants. | ) ) |

## **ORDER**

Before the Court is Defendant Android Industries, LLC's motion to dismiss filed on February 26, 2026. [Doc. No. 34]. Under Local Civil Rule 7.1, Plaintiff must respond to the motion by March 19, 2026, or the Court will deem the motion confessed and the Court will dismiss this action against Android Industries, LLC. *See* LCvR7.1(g) ("Any motion that is not opposed within 21 days may, in the discretion of the court, be deemed confessed.").

IT IS SO ORDERED this 2nd day of March 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE