IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

DARRYL L. FITZHUGH, et al. )
)
)
)
)
Plaintiff(s), )
)
v. )  Case No. CIV-25-1114-JD
)
OKLAHOMA CITY POLICE )
DEPARTMENT, et al. )
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

__Defendant__ , __Meta Platforms, Inc.__ .
(Plaintiff/Defendant)    (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

s/ Gerard M. D'Emilio     03/03/2026
Signature                                    Date

Gerard M. D'Emilio
Print Name

GableGotwals
Firm

499 West Sheridan Avenue, Suite 2200
Address

Oklahoma City          OK          73102
City                        State        Zip Code

405-235-5500
Telephone

gdemilio@gablelaw.com
Internet E-mail Address

REVISED 05/14/18

*Certificate of Service*

☑ I hereby certify that on March 3, 2026, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☑ I hereby certify that on March 3, 2026, I filed the attached document with the Clerk of the Court and served the attached document by U.S. Mail and email on the following, who are not registered participants of the ECF System:

Darryl L. Fitzhugh
14 NE 67th Street
Oklahoma City, OK 73105
darryl.fitzhugh@outlook.com
MrDarrylLscorp@outlook.com

s/ Gerard M. D'Emilio
s/ Attorney Name