# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

DARRYL L. FITZHUGH, et al.
    Plaintiff(s)

vs.                           Case Number: CIV-25-1114-JD

OKC POLICE DEPARTMENT, et al.
    Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1.,which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____META PLATFORMS, INC._____
[name of party]

who is a (check one)   ☐ PLAINTIFF   ☑ DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**
   (Check one)   ☑ YES   ☐ NO

2. **Does party have any parent corporations?**
   (Check one)   ☐ YES   ☑ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**
   (Check one)   ☐ YES   ☑ NO

   If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

    (Check one)  ☐ YES  ☑ NO

If YES, identify entity and nature of interest:

5. **Is party a trade association?**

    (Check one)  ☐ YES  ☑ NO

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this <u>3rd</u> day of <u>March</u>, 20<u>26</u>.

|  |  |
|---|---|
| s/ Gerard M. D'Emilio | |
| Signature | |
| Gerard M. D'Emilio | 33496 |
| Printed Name | Bar Number |
| GableGotwals | |
| Firm Name | |
| 499 West Sheridan Avenue, Suite 2200 | |
| Address | |
| Oklahoma City | OK   73102 |
| City | State   ZIP |
| 405-235-5500 | 405-235-2875 |
| Phone | Fax |
| gdemilio@gablelaw.com | |
| Email Address | |

## CERTIFICATE OF SERVICE

I hereby certify that on    March 3, 2026            (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Darryl L. Fitzhugh

I hereby certify that on    March 3, 2026            (Date), I served the same document by

☑ U.S. Postal Service          ☐ In Person Delivery
☐ Courier Service              ☑ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):
Darryl L. Fitzhugh
14 NE 67th Street
Oklahoma City, OK 73105
darryl.fitzhugh@outlook.com
MrDarrylLscorp@outlook.com
(405) 500-8086
Plaintiff

s/ Gerard M. D'Emilio
Signature