# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

DARRYL L. FITZHUGH, et al. )
)
)
)
)
Plaintiff(s), )
)
v. )  Case No. CIV-25-1114-JD
)
OKLAHOMA CITY POLICE )
DEPARTMENT, et al. )
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

__Defendant__, __Meta Platforms, Inc.__.
(Plaintiff/Defendant)     (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ **Amy M. Stipe**     **03/03/2026**
Signature                                Date

**Amy M. Stipe**
Print Name

**GableGotwals**
Firm

**499 West Sheridan Avenue, Suite 2200**
Address

**Oklahoma City**         **OK**            **73102**
City                      State            Zip Code

**405-235-5500**
Telephone

**astipe@gablelaw.com**
Internet E-mail Address

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

REVISED 05/14/18

## Certificate of Service

☑ I hereby certify that on  March 3, 2026 , I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☑ I hereby certify that on  March 3, 2026 , I filed the attached document with the Clerk of the Court and served the attached document by  U.S. Mail and email  on the following, who are not registered participants of the ECF System:

Darryl L. Fitzhugh
14 NE 67th Street
Oklahoma City, OK 73105
darryl.fitzhugh@outlook.com
MrDarrylLscorp@outlook.com

s/ Amy M. Stipe
s/ Attorney Name