## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DARRYL L. FITZHUGH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-25-01114-JD |
| OKLAHOMA CITY POLICE DEPARTMENT, et al., | ) ) ) ) |
| Defendants. | ) ) |

## **ORDER**

On March 3, 2026, Defendant Meta Platforms, Inc. appeared through counsel and filed a Motion to Dismiss. *See* [Doc. Nos. 38–41]. Under Local Civil Rule 7.1, Plaintiff must respond to Meta Platforms, Inc.'s Motion by March 24, 2026, or the Court will deem the motion confessed and the Court will dismiss this action against Meta Platforms, Inc. *See* LCvR7.1(g) ("Any motion that is not opposed within 21 days may, in the discretion of the court, be deemed confessed.").

IT IS SO ORDERED this 10th day of March 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE