IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Darryl L. Fitzhugh | ) | |
| Dl Fitzhugh Corporation | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-01114-JD |
| | ) | |
| Oklahoma City Police Department, | ) | |
| Oklahoma County Board Of Commissions, | ) | |
| Google Trust Services, LLC, | ) | |
| Meta Platforms Inc, | ) | |
| Android Industries LLC | ) | |
|     Defendants. | ) | |

ENTRY OF APPEARANCE OF COUNSEL
FOR BOARD OF COUNTY COMMISSIONERS OF OKLAHOMA COUNTY

To the Clerk of this Court and all parties of record:  I, Yolanda Downing, Assistant District Attorney, hereby enter my appearance as counsel in this case for the Defendant Board of County Commissioners of Oklahoma County.

I certify that I am admitted to practice in this Court and am registered to file documents electronically with this court.

Dated: March 12, 2026.                                 Respectfully Submitted,

                                                                    VICKI ZEMP BEHENNA
                                                                    DISTRICT ATTORNEY

                                                                   /s/ Yolanda Downing
                                                                  Yolanda Downing, OBA#18934
                                                                  Assistant District Attorney
                                                                  Leadership Square
                                                                  211 N. Robinson, Suite 700 N
                                                                Oklahoma City, OK  73102
                                                                Telephone:  (405) 713-1600

Facsimile: (405) 235-1567
Yolanda.Downing@oklahomacounty.org

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 12th day of March, 2026, I electronically transmitted the attached document to the Clerk of the Courts using the Electronic Case Filing System for filing and mailed. Based on the records currently on file in this case, the Clerk will transmit a Notice of Electronic Filing to those registered participants of the EFC System.

I further certify that on the same date, I served the attached document by U.S. first class mail, postage prepaid, on the following:

Darryl L. Fitzhugh
14 NE 67 St.
Oklahoma City, OK  73105
Plaintiff Pro Se

<u>/s/ Yolanda Downing</u>