## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DARRYL L. FITZHUGH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-25-01114-JD |
| OKLAHOMA CITY POLICE DEPARTMENT, et al., | ) ) ) ) |
| Defendants. | ) ) |

## **ORDER**

On March 12, 2026, Defendant Board of County Commissioners of Oklahoma County ("BOCC") appeared through counsel and filed a Motion to Dismiss. *See* [Doc. Nos. 43–44]. Under Local Civil Rule 7.1, Plaintiff must respond to BOCC's Motion by April 2, 2026, or the Court will deem the motion confessed and the Court will dismiss this action against Board of County Commissioners of Oklahoma County. *See* LCvR7.1(g) ("Any motion that is not opposed within 21 days may, in the discretion of the court, be deemed confessed.").

IT IS SO ORDERED this 12th day of March 2026.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE