

ALERT: IMPACTS FROM SNOW AND BLIZZARD CONDITIONS IN THE GREAT LAKES AND NOR...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052703675723097

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:13 am on February 19, 2026 in OKLAHOMA CITY, OK 73102.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

OKLAHOMA CITY, OK 73102
February 19, 2026, 10:13 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates                                                          ⌄

USPS Tracking Plus®                                                           ⌄

Product Information                                                            ⌄

**See Less ⌃**

Track Another Package

Feedback

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs