**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **DARRYLL. FITZHUGH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. CIV-25-01114-JD** |
| | ) | |
| **OKLAHOMA CITY POLICE** | ) | |
| **DEPARTMENT, ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Defendant City of Oklahoma City Police Department.

Date: March 17, 2026

Respectfully submitted,

By:    /s/ Katie Goff
Katie Goff, OBA #32402
Assistant Municipal Counselor
200 N. Walker, Suite 400
Oklahoma City, OK 73102
Telephone: (405) 297-2451
Fax: (405) 297-3119
Katie.goff@okc.gov
Defendant City of Oklahoma City
Police Department

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of March 2026, I electronically transmitted the attached document to the Clerk of the Court using the ECF filing system and transmittal of a Notice of Electronic Filing to the ECF registrants on file herein. Additionally, a physical copy has been mailed to:

Darryl L. Fitzhugh
14 NE 67th Street
Oklahoma City, OK 73105
Plaintiff Pro Se

/s/ Katie Goff
Assistant Municipal Counselor

2