**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

DARRYL L. FITZHUGH,                )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )        Case No. CIV-25-01114-JD
                                   )
OKLAHOMA CITY POLICE               )
DEPARTMENT, et al.,                )
                                   )
        Defendants.                )

## ORDER

On March 17, 2026, Defendant Oklahoma City Police Department ("OCPD")

appeared through counsel and filed a Motion to Dismiss. *See* [Doc. Nos. 46–48]. Under

Local Civil Rule 7.1, Plaintiff must respond to OCPD's Motion by April 7, 2026, or the

Court will deem the motion confessed and the Court will dismiss this action against

Oklahoma City Police Department. *See* LCvR7.1(g) ("Any motion that is not opposed

within 21 days may, in the discretion of the court, be deemed confessed.").

IT IS SO ORDERED this 17th day of March 2026.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE