IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

FILED

MAR 2 6 2026

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

DARRYL L. FITZHUGH, et al.,            )
                                       )
              Plaintiffs,              )
                                       )
v.                                     )        Case No. CIV-25-01114-JD
                                       )
OKLAHOMA CITY POLICE                   )
DEPARTMENT, et al.,                    )
                                       )
              Defendants.              )

Motion to continue

The plaintiff would ask the court for more time to hire a Lawyer Because no Lawyers handle civil federal cases, plus all the defendant's continue to tamper with my ability to search for proper concil, or the plaintiff ask the court to allow myself to act as my own attorney.

Thank you.

Darryl Fitzhugh