## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

DARRYL L. FITZHUGH,            )
                                      )
       Plaintiff,            )
                                        )
v.                                )        Case No. CIV-25-01114-JD
                                        )
OKLAHOMA CITY POLICE      )
DEPARTMENT, et al.,            )
                                      )
       Defendants.       )

## <u>ORDER</u>

Before the Court is the Motion to Continue filed by Plaintiff Darryl L. Fitzhugh ("Motion"). [Doc. No. 50]. Mr. Fitzhugh seeks "more time to hire a lawyer." Motion at 1. The Court **GRANTS** the Motion as set forth in this Order.

Mr. Fitzhugh may retain counsel, and counsel shall enter an appearance on or before **April 30, 2026**. *See* LCvR83.4. Alternatively, Mr. Fitzhugh may continue to represent himself pro se in this matter. Should he elect to continue pro se, he should file a notice of that intent on or before **April 30, 2026**. In the interim during the 30 days, all deadlines are stayed. Mr. Fitzhugh's deadline to respond to the pending Motions to Dismiss [Doc. Nos. 34, 39, 44, 46] is continued to **May 14, 2026**.

The Court cautions Mr. Fitzhugh that failure to comply with this Order and the deadlines imposed herein may result in the dismissal of this action without prejudice to refiling without further warning by the Court. Additionally, Mr. Fitzhugh should not expect an additional extension of this deadline.

IT IS SO ORDERED this 31st day of March 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE